**SECOND DIVISION**
**BARNES, P. J.,**
**MCFADDEN, J., and MCMILLIAN, J.**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules/**

**April 30, 2014**

# In the Court of Appeals of Georgia

A12A1735. NEWTON v. STATE.

MCMILLIAN, Judge.

In our earlier decision in this case, *Newton v. State*, 319 Ga. App. 494 (736 SE2d 752) (2012), we reversed David Allen Newton's conviction for burglary. In *State v. Newton*, __ Ga. __ (Case No. S13G0668, decided March 10, 2014), the Supreme Court reversed that decision and reinstated Newton's burglary conviction. We now vacate our earlier decision and adopt the opinion and decision of the Supreme Court as our own. Accordingly, the judgment of the trial court below is affirmed.

*Judgment affirmed. Barnes, P. J., and McFadden, J., concur.*